# EXHIBIT K

<table>
<tr><td colspan="2">

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

</td><td>



2018102200770001001EE7C2

</td></tr>
</table>

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 9 |
|---|---|---|

**Document ID:** 2018102200770001    Document Date: 08-28-2018    Preparation Date: 10-22-2018
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 7

| PRESENTER: | RETURN TO: |
|---|---|
| MCCOY & ORTA, P.C.<br>100 N. BROADWAY, SUITE 2600<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM | MCCOY & ORTA, P.C.<br>100 NORTH BROADWAY, 26TH FLOOR<br>OKLAHOMA CITY, OK 73102<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1344 | 30 | Entire Lot | 939 1 AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

MANHATTAN    **Year:** 1960    **Reel:** 5878    **Page:** 298
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| BARCLAYS BANK PLC<br>745 SEVENTH AVENUE<br>NEW YORK, NY 10019 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 87.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    10-22-2018 15:12
City Register File No.(CRFN):
**2018000350970**

*City Register Official Signature*



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2018102200770001001CE542

| RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION) | | PAGE 2 OF 9 |
|---|---|---|

**Document  ID: 2018102200770001**   Document Date: 08-28-2018   Preparation Date: 10-22-2018
Document  Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
MANHATTAN   **Year:** 1962   **Reel:** 6032   **Page:** 561
MANHATTAN   **Year:** 1963   **Reel:** 6220   **Page:** 431
MANHATTAN   **Year:** 1983   **Reel:** 742   **Page:** 1262
MANHATTAN   **Year:** 1993   **Reel:** 1980   **Page:** 1048
MANHATTAN   **Year:** 1998   **Reel:** 2668   **Page:** 1881
**CRFN:** 2014000317314
**CRFN:** 2018000268803

# ASSIGNMENT OF MORTGAGE

BARCLAYS BANK PLC, a public company registered in England and Wales
(Assignor)

to

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT
OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE
TRUST 2018-C46, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2018-C46
(Assignee)

Effective as of August 28, 2018

Block 1344, Lot 30
County of Manhattan/New York
State of New York

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

This assignment is not subject to the requirements of Section 275 of the Real Property Law of
the State of New York because it is an assignment within the secondary mortgage market.

## ASSIGNMENT OF MORTGAGE

As of the 28th day of August, 2018, BARCLAYS BANK PLC, a public company registered in England and Wales, having an address at 745 Seventh Avenue, New York, NY 10019 ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C46, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2018-C46, having an address at 1100 North Market Street, Wilmington, DE 19890 ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to those certain:

> Mortgages listed on Schedule A, attached hereto and by this reference made a part hereof, securing payment of note(s) of even date therewith, in the original principal amount of $32,100,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This instrument shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

Reference No.: 2476.002
Matter Name: 350 East 52nd Street
Pool: WFCM 2018-C46

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this _____ day of September, 2018.

**BARCLAYS BANK PLC, a public company registered in England and Wales**

By: _____
Name: Spencer Kagan
Title:  Managing Director


STATE OF NEW YORK                    §
                                     §
COUNTY OF NEW YORK                   §

On the ____ day of September, 2018, before me, the undersigned, a Notary Public in and for said state, personally appeared Spencer Kagan, as Managing Director of Barclays Bank PLC, a public company registered in England and Wales, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature: _____
              Notary Public


My Commission Expires:

Reference No.: 2476.002
Matter Name: 350 East 52nd Street
Pool: WFCM 2018-C46

MERCEDES OTERO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OT6348948
Qualified In New York County
My Commission Expires 10-11-2020

# EXHIBIT A

## LEGAL DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Southerly side of Fifty-Second Street and the Westerly side of First Avenue;

RUNNING THENCE Southerly, along the Westerly side of First Avenue, seventy-seven feet, five inches;

THENCE Westerly and parallel with the Southerly side of Fifty-Second Street and part of the way through a party wall, one hundred feet;

THENCE again Southerly, and parallel with the Westerly side of First Avenue, twenty-two feet, three inches;

THENCE again Westerly and parallel with the Southerly side of Fifty-Second Street, thirty feet;

THENCE again Southerly, and parallel with the Westerly side of First Avenue, nine inches to the center line of the block between Fifty-First and Fifty-Second Streets;

THENCE again Westerly, parallel with the Southerly side of Fifty-Second Street, twenty feet;

THENCE Northerly, parallel with the Westerly side of First Avenue and part of the way through a party wall, one hundred feet, five inches to the Southerly side of Fifty-Second Street; and

THENCE Easterly along the Southerly side of Fifty-Second Street, one hundred fifty feet to the point or place of BEGINNING.

TOGETHER with all the right, title and interest in and to the land lying in the street in front of and adjoining said premises.

Reference No.: 2476.002
Matter Name: 350 East 52nd Street
Pool: WFCM 2018-C46

# SCHEDULE A

(1)   Mortgage made by 350 E. 52nd St. Corp. and First and Fifty-Second Corporation to Manufacturers Trust Company in the amount of $1,500,000.00 dated 2/15/1960 recorded 2/17/1960 in Liber 5878 page 298. (Mortgage Tax paid: $7,500.00)

Note: 350 E. 52nd St. Corp. made mortgage as the holder of the Lease in Liber 4972 page 563 and said lease is subject and subordinate to this mortgage.

Extension Agreement made by and between 350 E. 52nd St. Corp. and First and Fifty-Second Corporation and Manufacturers Trust Company dated 8/16/1960 recorded 8/31/1960 in Liber 5917 page 127.

Assignment of Mortgage by Manufacturers Trust Company to Massachusetts Mutual Life Insurance Company dated 8/30/1961 recorded 9/1/1961 in Liber 5995 page 227.

Agreement Extending and Modifying Mortgage by and between First and Fifty-Second Corporation and 350 E. 52nd St. Corp. and Massachusetts Mutual Life Insurance Company dated 8/30/1961 recorded 10/9/1961 in Liber 6002 page 694.

(2)   Mortgage made by 350 E. 52nd St. Corp. to Lentex Corporation in the amount of $200,000.00 dated 2/13/1962 recorded 2/15/1962 in Liber 6032 page 561. (Mortgage Tax paid: $1,000.00)

Extension Agreement made by and between 350 E. 52nd St. Corp. and Lentex Corporation dated 2/11/1963 recorded 2/14/1963 in Liber 6140 page 84.

Assignment of Mortgage by Lentex Corporation to Massachusetts Mutual Life Insurance Company dated 10/21/1963 recorded 10/23/1963 in Liber 6220 page 427.

(3)   Mortgage made by First and Fifty-Second Corporation and 350 E. 52nd Corp. to Massachusetts Mutual Life Insurance Company in the amount of $105,057.86 dated 10/21/1963 recorded 10/23/1963 in Liber 6220 page 431. (Mortgage Tax paid: $525.50)

Agreement Extending and Modifying Mortgage made by and between First and Fifty-Second Corporation, 350 E. 52nd St. Corp. and Massachusetts Mutual Life Insurance Company dated 10/21/1963 recorded 11/8/1963 in Liber 6225 page 349. Consolidates Mortgages 1, 2 and 3 to form a single lien of $1,720,000.00

Assignment of Mortgage by Massachusetts Mutual Life Insurance Company to Citibank, N.A. dated 11/9/1978 recorded 11/30/1978 in Reel 462 page 158. Assigns Mortgages 1, 2 and 3 as consolidated.

Reference No.: 2476.002
Matter Name: 350 East 52nd Street
Pool: WFCM 2018-C46

Mortgage Modification and Extension Agreement by and between First and Fifty-Second Realty Company, Whitehouse Estates Inc. and Citibank, N.A. dated 11/16/1978 recorded 11/30/1978 in Reel 462 page 162.

Assignment of Mortgage by Citibank, N.A. to The Bank of New York dated 12/1/1983 recorded 12/6/1983 in Reel 742 page 1260.

(4)   Leasehold Mortgage, Consolidation Agreement, Security Agreement and Assignment of Leases and Rents made by Whitehouse Estates, Inc. and First and Fifty-Second Realty Company to The Bank of New York in the amount of $690,735.12 dated 12/1/1983 recorded 12/6/1983 in Reel 742 page 1262. Said Mortgage by its terms consolidates Mortgages 1, 2, 3 and 4 to form a single lien of $1,500,000.00. (Mortgage Tax paid: $15,540.75)

Release of Part of Mortgaged Premises by and between First and Fifty-Second Realty Company and Bank of New York dated 6/8/1984 recorded 6/14/1984 in Reel 803 page 891 releases the fee interest from the lien of mortgages 1, 2, 3 and 4 as consolidated.

Extension Agreement by and between Whitehouse Estates, Inc. (Leasehold Mortgagor), GSL Enterprises, Inc. (Fee Mortgagor) and The Bank of New York dated 3/23/1988 recorded 4/18/1988 in Reel 1390 page 1428. Agreement extends the terms of Mortgages 1 through 4 as consolidated and spreads the consolidated lien to cover the fee estate herein only to the extent of $1,123,000.00 thereon.

Assignment of Mortgage by The Bank of New York to Orix USA Corporation dated 6/11/1993 recorded 6/18/1993 in Reel 1980 page 1043. Assigns Mortgages 1 through 4 as consolidated.

(5)   Mortgage made by Whitehouse Estates, Inc. to Orix USA Corporation in the amount of $1,800,000.00 dated 6/11/1993 recorded 6/18/1993 in Reel 1980 page 1048. (Mortgage Tax paid: $49,500.00)

Mortgage Consolidation and Modification Agreement by and between Whitehouse Estates, Inc. and Orix USA Corporation dated 6/11/1993 recorded 6/18/1993 in Reel 1980 page 1053. Consolidates Mortgages 1 through 5 to form a single lien of $3,300,000.00.

Release of Part of Mortgaged Premises by and between Orix USA Corporation and GSL Enterprises, Inc. dated 6/11/1993 recorded 6/18/1993 in Reel 1980 page 1150. Releases the fee interest from Mortgages 1 through 6 as consolidated.

Assignment of Mortgage by Orix USA Corporation to North Fork Bank dated 6/30/1998 recorded 8/13/1998 in Reel 2668 page 1875.

(6)   Mortgage made by Whitehouse Estates, Inc. to North Fork Bank in the amount of $100,000.00 dated 6/30/1998 recorded 8/13/1998 in Reel 2668 page 1881. (Mortgage Tax paid: $2,000.00)

Consolidation and Extension Agreement made by and between Whitehouse Estates, Inc. and North Fork Bank dated 6/30/1998 recorded 8/13/1998 in Reel 2668 page 1891. Consolidates Mortgages 1 through 6 to form a single lien of $3,400,000.00.

Reference No.: 2476.002
Matter Name: 350 East 52nd Street
Pool: WFCM 2018-C46

Modification and Extension Agreement by and between Whitehouse Estates, Inc. and North Fork Bank dated as of 10/1/2004 recorded 12/22/2004 in CRFN 2004000784666   Which mortgages have the remaining principal balance of $3,008,086.30.

Assignment of Mortgage made by Capital One National Association to Barclays Bank PLC, dated 8/19/2014 and recorded 9/25/2014 as CRFN 2014000317315.

(7)   Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing and Consolidation, Modification and Restatement Agreement made by Eastgate Whitehouse LLC to Barclays Bank PLC, in the amount of $24,692,409.86, dated as of 9/9/2014 and recorded 9/25/2014 as CRFN 2014000317314.   Mortgage 7, by its terms, is consolidated with Mortgages 1 through 6 to form a single lien in the amount of $27,375,000.00. Modifies and extends the terms of same. (Mortgage Tax paid: $691,387.20)

Assignment of Mortgage made by Barclays Bank PLC to Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Securities Trust 2014-C25, Commercial Mortgage Pass-Through Certificates, Series 2014-C25, dated as of 11/24/2014 and recorded 1/2/2015 as CRFN 2015000000666. Assigns Mortgages 1 through 7 as consolidated.

Assignment of Mortgage made by Wilmington Trust, National Association, as Trustee for the benefit of the Registered Holders of JPMBB Commercial Mortgage Securities Trust 2014-C25, Commercial Mortgage Pass-Through Certificates, Series 2014-C25 to Barclays Bank PLC dated as of 7/23/2018 * recorded in the Office of the New York City Register, County of New York. Assigns Mortgages 1 through 7, as consolidated. recorded 8/10/2018 as CRFN 2018000268802

(8)   Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing and Consolidation, Modification and Restatement Agreement made by Eastgate Whitehouse LLC to Barclays Bank PLC, in the amount of $4,725,000.00, dated 7/23/2018,        *     recorded in the Office of the New York City Register, County of New York.   Mortgage 8, by its terms, is consolidated with Mortgages 1 through 7 to form a single lien in the amount of $32,100,000.00. Modifies and extends the terms of same. (Mortgage Tax to be paid: $132,300.00)

   * recorded 8/10/2018 as CRFN 2018000268803.