# Shafferman & Feldman LLP
counselors at law

**MEMO ENDORSED**

August 22, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/22

By ECF and Email
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Wilmington Trust, National Association, as Trustee for the
Benefit of the Registered Holders of Well Fargo Commercial
Mortgage Trust 2018-C46, Commercial Mortgage Passthrough
Certificates, Series 2018-C46 v. Eastgate Whitehouse LLC, et al
Case No. 22-cv-04326-VEC

**Notification of Eastgate Whitehouse LLC's Commencement of
Chapter 11 Case on August 19, 2022**

Dear Judge Caproni:

We are counsel for Eastgate Whitehouse LLC, a defendant in the above-captioned action (the "Defendant"). On August 19, 2022, the Defendant filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court, Southern District of New York, White Plains Division. An Order for Relief was simultaneously entered upon the petition, the case was designated Bankruptcy Case Number 22-22635, and assigned to Honorable Sean H. Lane for all purposes. For your convenience, we have attached a copy of the Notice of Case Filing of the Debtor's Chapter 11 case.

Pursuant to section 362(a) of the Bankruptcy Code, the above referenced action pending before Your Honor is stayed, including the motion for appointment of a receiver scheduled to be heard on August 24, 2022 at 10:00 am.

Should Your Honor have any questions, please feel free to have your Clerk contact me at (212) 509-1802 or (917) 847-8050.

Respectfully submitted,

Joel Shafferman

Cc: Vivian Arias, Esq. (by email)
David P. Stich, Esq. (by email)

137 Fifth Avenue, 9th Floor New York, New York 10010 • tel: 212-509-1802 • fax: 212-509-1831

Case 1:22-cv-04326-VEC Document 38 Filed 08/22/22 Page 2 of 3
Case 1:22-cv-04326-VEC Document 37 Filed 08/22/22 Page 2 of 2
8/19/22, 5:52 PM New York Southern Live System

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/19/2022 at 4:52 PM and filed on 08/19/2022.

**Eastgate Whitehouse LLC**
6 Puritan Road
Rye, NY 10580
Tax ID / EIN: 47-1573386



The case was filed by the debtor's attorney:

**Joel Shafferman**
Shafferman & Feldman, LLP
137 Fifth Avenue
9th Floor
New York, NY 10010
(212) 509-1802

The case was assigned case number 22-22635-shl to Judge Sean H. Lane.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Vito Genna
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

This case is hereby STAYED as against Defendant Eastgate Whitehouse LLC.  The hearing currently scheduled for August 24, 2022, at 10:00 a.m. is hereby ADJOURNED *sine die*.  Plaintiff must file a letter not later than August 24, 2022 indicating whether it opposes extending the automatic stay to the remaining Defendants in the case.  If the United States Bankruptcy Court for the Southern District of New York lifts the automatic stay, Defendant Eastgate Whitehouse LLC must promptly inform the Court.

SO ORDERED.

8/22/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE