**Shafferman & Feldman LLP**
**137 Fifth Avenue, 9th Floor**
**New York, New York 10010**


The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<div style="margin-left:2em">

Re: Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Well Fargo Commercial Mortgage Trust 2018-C46, Commercial Mortgage Passthrough Certificates, Series 2018-C46 v. Eastgate Whitehouse LLC, et al Case No.  22-cv-04326-VEC

**Status Report on Eastgate Whitehouse LLC,**
**Chapter 11 Case No. 22-22635 (SHL)**

</div>

Dear Judge Caproni:

We are attorneys for Eastgate Whitehouse LLC ("Eastgate"), a defendant in the above-referenced civil action and the debtor and debtor in possession in the above-referenced Chapter 11 case.

On August 22, 2022, (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. No trustee, examiner or creditors committee has been appointed in the Debtor's Chapter 11 case. The Debtor remains in possession of its assets and is continuing to manage its property in accordance with sections 1107 and 1108 of the Bankruptcy Code.

During the course of the Chapter 11 case, the Debtor and Plaintiff, Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2018-C46, Commercial Mortgage Pass-Through Certificates, Series 2018-C46 ("Plaintiff"), have agreed to permit the Debtor to use cash collateral to make certain payments and have engaged in motion practice as to whether the Debtor can use cash collateral to make certain other payments.  Plaintiff has also filed a motion to dismiss the Debtor's Chapter 11 case which is scheduled to be heard on December 14, 2022.  The Debtor intends to file an objection to that motion.

1

Should Your Honor have any questions or concerns, please have your Clerk contact the undersigned

Respectfully Submitted,

/S/ Joel Shafferman

Joel Shafferman

Cc: Vivian M. Arias, Esq. (by email)